**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| PRESERVATION WELLNESS TECHNOLOGIES LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:15-CV-1559-WCB |
| ALLSCRIPTS HEALTHCARE SOLUTIONS INC., et al., | § § § | |
| *Defendants*. | § § | |

## ORDER

This case is set for a scheduling conference in Marshall, Texas, on February 11, 2016 at

1:30 p.m. before the Honorable William C. Bryson.  The purpose of the scheduling conference

will be to assign a claim construction hearing date and a trial setting.

The parties shall prepare and submit a proposed docket control order, a proposed

discovery order and a proposed protective order, within the time periods contained in the

schedule set forth hereinafter.[1]   These orders shall be guided by the sample docket control,

discovery, and protective orders for patent cases, which can be found on the United States

District Court for the Eastern District of Texas's webpage for the Hon. J. Rodney Gilstrap.[2]   The

sample orders include provisions that require input from the parties.  If the parties are unable to

reach agreement on these provisions, the parties shall submit to the Court their competing

proposals along with a summary of their disagreements in a single joint submission.

---

[1] Timely submission of the parties' proposed docket control order, proposed discovery order and proposed protective order will be viewed by the Court as complying with the conference requirement of Rule 26(f).

[2] http://www.txed.uscourts.gov/page1.shtml?location=info:judge&judge=17.

The sample orders include provisions that are mandatory and are not subject to change without showing good cause.  Good cause shall not be considered to be met simply by an indication of the parties' agreement.  Should either party believe good cause can be shown to alter an otherwise mandatory provision, such party shall file a separate motion to alter the provision after the parties have filed the proposed docket control and discovery orders with the mandatory provisions intact as previously required above.

Furthermore, it is hereby ORDERED that the following schedule of deadlines is in effect until further order of this Court:

| | |
|---|---|
| 6 Weeks After Scheduling Conference | Comply with P.R. 3-3 & 3-4 (Invalidity Contentions) |
| 3 Weeks After Scheduling Conference | *File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures)<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| 2 Weeks After Scheduling Conference | *File Proposed Docket Control Order and Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |
| 1 Week After Scheduling Conference | Join Additional Parties |
| 3 Days After Scheduling Conference | *File Notice of Mediator |
| 2 Weeks Before Scheduling Conference | Comply with P.R. 3-1 & 3-2 (Infringement Contentions) |

- 3 -

IT IS SO ORDERED.

SIGNED this 13th day of January, 2015.


_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE