IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PRESERVATION WELLNESS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.,<br><br>Defendant. | §§§§§§§§§§§§ | Case No. 2:15-cv-01559<br>(LEAD CASE) |
| PRESERVATION WELLNESS TECHNOLOGIES, LLC<br><br>Plaintiff,<br>v.<br><br>EPIC SYSTEMS CORPORATION,<br>Defendant. | §§§§§§§§§§ | Case No. 2:15-cv-01561<br>(CONSOLIDATED) |

**ORDER GRANTING EPIC SYSTEMS CORPORATION'S MOTION FOR LEAVE TO FILE A SUR-SUR-REPLY IN SUPPORT OF ITS MOTION TO DISMISS PRESERVATION WELLNESS TECHNOLOGIES, LLC'S COMPLAINT UNDER 35 U.S.C. § 101**

Before the Court is Defendant Epic Systems Corporation's Motion for Leave to File a Sur-Sur-Reply in Support of its Motion to Dismiss Preservation Wellness Technologies, LLC's Complaint Under 35 U.S.C. § 101.  Because the Court invited Plaintiff Preservation Wellness Technologies, LLC to address *Mortgage Grader, Inc. v. First Choice Loan Services, Inc.*, No. 2015-1415 (Fed. Cir. Jan. 20, 2016) in its sur-reply, the Court is of the opinion that the Motion should be GRANTED. No further briefing on Epic System's Motion to Dismiss will be entertained.

IT IS THEREFORE ORDERED that Epic Systems Corporation's Motion for Leave to File a Sur-Sur-Reply in Support of its Motion to Dismiss is hereby GRANTED.

IT IS SO ORDERED.

SIGNED this 17th day of February, 2016.

                                               _____
                                               WILLIAM C. BRYSON
                                               UNITED STATES CIRCUIT JUDGE